UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

DMITRY ARONSHTEIN,

       Petitioner,

 -against-

UNITED STATES OF AMERICA,

       Respondent.

------------------------------------- x

ORDER

18 Civ.  1164 (GBD)
11 Cr. 121-02 (GBD)

GEORGE B. DANIELS, United States District Judge:

  The time for Respondent to answer or otherwise respond to the motion brought by Petitioner pursuant to 28 U.S.C. § 2255 is extended to May 24, 2018.  Petitioner may file a reply by June 25, 2018.

Dated: New York, New York
   March 6, 2018

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge