AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

DIMITRY ARONSHTEIN )
*Plaintiff* )
v. ) Case No. 18 CIV 1164 (GBD); 11 Cr 121 (GBD)
USA )
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Petitioner DIMITRY ARONSHTEIN .

Date: 09/21/2018

/s/ Vivian Shevitz
*Attorney's signature*

Vivian Shevitz
*Printed name and bar number*
NY Bar 1036367; SDNY Badge 28066
46 Truesdale Lake Drive
South Salem, New York 10590

*Address*

vivian@shevitzlaw.com
*E-mail address*

(914) 763-2122
*Telephone number*

(888) 859-0158
*FAX number*